AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Shane Mortimer

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-30274-KPN

TO: (Name and address of Defendant)

Shane Mortimer
184 Church Street
Ludlow, MA 01056



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  Mary Finn

(By) DEPUTY CLERK

DATE  November 17, 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

February 11, 2004

I hereby certify and return that on 2/10/2004 at 02:52 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to SHANE MORTIMER at 184 CHURCH Street, LUDLOW, MA 01056 <>.Attestation X 1 ($5.00), Conveyance ($4.50), Travel ($9.60), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $50.10

Deputy Sheriff DANIEL D. LARROW

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
           Date                    Signature of Server

                                  _____
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.