UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-30274-KPN |
| | ) | |
| SHANE MORTIMER, | ) | |
| Defendant | ) | |

SETTLEMENT ORDER OF DISMISSAL
April 22, 2004

The court, having been advised on <u>April 22, 2004</u>, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk